UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **DEONTE KINWAN MCCOY**, Petitioner, vs. **JOHN CHRISTIANSEN**, Respondent. | **2:22-CV-12976-TGB-APP** **JUDGMENT** |

For the reasons stated in the opinion and order entered on today's date, it is hereby ordered and adjudged that the case is **DISMISSED WITH PREJUDICE.**

Dated at Detroit, Michigan: February 14, 2023.

                                          KINIKIA ESSEX
                                          CLERK OF THE COURT

                                          s/H. Ryan
                                          Case Manager and Deputy
APPROVED:                           Clerk in the absence of A.
s/Terrence G. Berg               Chubb
HON. TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE